

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00363-CV

Augustine **NWABUISI**, Rose Nwabuisi, Resource Health Services, Inc. d/b/a Resource Home
Health Services, Inc., and Resource Care Corp.,
Appellants

v.

Dana D. **MOHAMMADI**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05341
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT
OF JURISDICTION.

We order that appellee Dana D. Mohammadi recover her costs of appeal from appellants
Augustine Nwabuisi, Rose Nwabuisi, Resource Health Services, Inc. d/b/a Resource Home Health
Services, Inc., and Resource Care Corp.

SIGNED July 29, 2015.

Marialyn Barnard, Justice